**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

TITO CHAVEZ,

Petitioner,

v.

BENZEL, et al.,

Respondents.

Civil Action No. 2:26-cv-11491-JKS

Hon. Jamel K. Semper

**October 29, 2026**

## Petitioner's Request for Voluntary Dismissal Without Prejudice

Dear Judge Semper:

I represent Petitioner in the above-captioned habeas corpus matter. On behalf of Petitioner, I respectfully request that the Court voluntarily dismiss this petition for a writ of habeas corpus, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Petitioner was ordered removed by the Immigration Judge and his removal cannot be effectuated while this matter is pending.

Accordingly, Petitioner respectfully requests that the Court enter an order dismissing this matter without prejudice and directing that all injunctions be lifted.

Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ Alexandra Miron
Alexandra Miron, Esq.
Counsel for Petitioner

**SO ORDERED**
*/s Jamel K. Semper*
**Hon. Jamel K. Semper,**
**U.S.D.J.**

cc: Counsel for Respondents (via CM/ECF)